# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**IN RE:**  
**MAURICE GORGES**  
DEBTOR  
_____/

Case No. 14-59311  
Hon. Thomas J. Tucker  
Chapter 13

## DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

Debtor, through counsel, and pursuant to 11 USC §1307(b), states that this case has not been converted under 11 USC §706, 11 USC §1112 or 11 USC §1128, and requests that this Court enter the attached order dismissing the case.

Dated: March 4, 2015

Respectfully submitted,

**SANDWEISS LAW CENTER, P.C.**

_____  
By: **STUART SANDWEISS (P60921)**  
Attorneys for Debtor  
18481 West Ten Mile Road, Suite 100  
Southfield, Michigan 48075-2621  
(248) 559-2400  Fax (800) 577-1716  
stuart@sandweisslaw.com

# CERTIFICATE OF SERVICE

Stuart Sandweiss, Attorney for Debtor, certifies that he served a copy of the foregoing on the Trustee and all ECF participants through the ECF system on March 4, 2015

Dated:  March 4, 2015	Respectfully submitted,

SANDWEISS LAW CENTER, P.C.

_____
By: STUART SANDWEISS **(P60921)**
Attorneys for Debtor
18481 West Ten Mile Road, Suite 100
Southfield, Michigan  48075-2621
(248) 559-2400   Fax (800) 577-1716
stuart@sandweisslaw.com

SANDWEISS
LAW CENTER
18481 West Ten Mile Road
Suite 100
Southfield, Michigan  48075
(248) 559-2400
Fax (800) 577-1716