# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**IN RE:**
**MAURICE GORGES**
DEBTOR
_____/

Case No. 14-59311
Hon. Thomas J. Tucker
Chapter 13

## ORDER GRANTING DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

This matter is before the Court on the Debtor's request for voluntary dismissal of his Chapter 13 case pursuant to 11 USC §1307(b). Having been advised that this case has not been converted under 11 USC §706, 11 USC §1112 or 11 USC §1128, THE COURT ORDERS that the Debtor's request is GRANTED and this case is DISMISSED.